UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Pulsar Alarm Systems, Ltd.

v.                                              Civil No. 12-cv-2-PB

David Lipscomb, et al

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO   ORDERED.

April 7, 2012                           /s/ Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge


cc:     Counsel of Record